# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

GARY C. BERTRAND AND MELISSA P.
BERTRAND

NO.   2020 CW 0151

VERSUS

GLENN J. PATRICK; AIG PROPERTY
CASUALTY COMPANY; AND LOUISIANA
FARM BUREAU CASUALTY INSURANCE
COMPANY

APR 2 8 2020

Consolidated With

LISA SIMPSON AND LESTER SIMPSON

VERSUS

GLENN PATRICK, AIG PROPERTY
CASUALTY COMPANY AND STATE FARM
MUTUAL INSURANCE COMPANY

---

In Re:   Glenn Patrick and State Farm Fire and Casualty Company,
applying for supervisory writs, 18th Judicial District
Court, Parish of Iberville, No. 77,752 c/w 77,774

---

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

WRIT DENIED.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT